1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
Plaintiff, )
v. ) Case No. 11-65M
)
DAVID OSBORN, )
)
Defendant. )

**MOTION TO SEAL**

The United States respectfully moves to seal the entire file until further order of the Court. The disclosure of the existence of, or information relating to, this case could lead other targets of related criminal investigations to destroy evidence. The government will move to unseal the file promptly when no further law enforcement purpose is served by the sealing order.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

By: ______________________
Edward J. McAndrew
Assistant United States Attorney

Dated: May 26, 2011

IT IS SO ORDERED this 26 day of May 2011, that the above-captioned file is sealed until further order of the Court.

______________________
Honorable Mary Pat Thynge
United States Magistrate Judge