# UNITED STATES DISTRICT COURT
for the
District of Delaware

2

United States of America
v.
DAVID OSBORN

Defendant

Case No. 11-65M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 09/14/2010 in the county of New Castle in the ______ District of Delaware, the defendant violated 18 U. S. C. § 2252A(a)(2), an offense described as follows:

Receipt of Child Pornography

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jacqueline Dougher, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/26/2011

*Judge's signature*

City and state: Wilmington, Delaware

Hon. Mary Pat Thynge, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | Case No. 11- |
| DAVID OSBORN, Defendant. | ) | |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Jacqueline Dougher, ("Your Affiant") a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Calverton, Maryland Resident Agency, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI). I have been employed as a Special Agent (SA) of the FBI since October 14, 1997, and I am currently assigned to the Baltimore Division, Calverton RA, Crimes Against Children/Innocent Images Squad. I am currently investigating federal violations concerning child pornography and the sexual exploitation of children. I have gained experience through training in seminars, classes, and everyday work related to conducting these types of investigation. I have participated in the execution of numerous warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint charging DAVID OSBORN, age 39, of New Castle, Delaware, with violating Title 18, United States Code, Section 2252A(a)(2), Receipt of Child Pornography.

4. For the reasons set forth below, I respectfully submit that this affidavit contains ample probable cause to believe that DAVID OSBORN unlawfully received digital files containing child pornography, via the Internet.

5. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. I have not set forth every fact resulting from the investigation; rather, I have included only that information necessary to establish probable cause to charge DAVID OSBORN with violating Title 18, United States Code, Section 2252A(a)(2).

**PERTINENT CRIMINAL STATUTE**

6. Title 18, United States Code, Section 2252A, entitled "Certain activities relating to material constituting or containing child pornography," provides, in pertinent part:

(a) Any person who –

(2) knowingly receives or distributes –

> Any child pornography that has been mailed, or using any means or facility of interstate or foreign commerce shipped or transported in or affecting interstate or foreign commerce by any means, including by computer;

shall be punished as provided in subsection (b).

7. Title 18, United States Code, Section 2256 defines the term "minor" as any person under the age of eighteen years.

8. Title 18, United States Code, Section 2256(8) defines "Child Pornography" as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

9. Title 18, United States Code, Section 2256(2) defines "sexually explicit conduct" as actual or simulated:

(i) Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

(ii) Bestiality;

(iii) Masturbation;

(iv) Sadistic or masochistic abuse; or

(v) Lascivious exhibition of the genitals or pubic area of any person.

10. Title 18, United States Code, Section 2256(5) defines "visual depiction" as including undeveloped film and videotape, and data stored on computer disk or by electronic means that is capable of conversion into a visual image.

## DETAILS OF INVESTIGATION

11. On or about September 30, 2010, the South Florida ICAC received seven (7) separate Cybertips indicating that a user of America Online (AOL) had used his email account to transmit files consistent with child pornography in at least seven (7) separate email messages. Federal law requires Internet providers to submit reports to the National Center for Missing and

Exploited Children (NCMEC) any time child pornography is detected on their servers. NCMEC subsequently does a preliminary investigation and then sends reports, also known as Cybertips, to the appropriate jurisdiction for investigation.

12. The email address reported as having sent these seven emails was BookStoreMomNC@aol.com. All seven of the emails were sent on September 14, 2010. RampantLion1314@aol.com was the AOL e-mail address identified as the recipient of the seven emails. AOL provided the NCMEC CyberTipline with the files that were attached in the seven (7) emails and transmitted by BookStoreMomNC@aol.com to RampantLion1314@aol.com. According to a law enforcement officer who viewed these files, three (3) of the seven (7) email attachments contained visual depictions of children with their genitals displayed in a lewd manner, while the remaining four (4) email attachments were visual depictions of naked children.

13. NCMEC also informed a law enforcement agent that the screen name RampantLion1314@aol.com was named in a previous Cybertip. Specifically, the RampantLion1314@aol.com screen name had been seen in an AOL chat room entitled "Stern Parents" on March 5, 2010. A different screen name was the subject of that Cybertip, but RampantLion1314 was listed as one of the other members that had been viewed in the chat room at that time.

14. On March 23, 2011, AOL LLC produced subscriber information that indicated that the subscriber to the e-mail address of RampantLion1314@aol.com was DAVID OSBORN, who resided at a residential address in New Castle, Delaware.

15. On or about April 28, 2011, law enforcement agents executed a search warrant on AOL for any and all information related to AOL screen name and e-mail account RampantLion1314@aol.com. A review of the AOL search warrant results revealed numerous e-mails in the Inbox and Outbox of the e-mail account of RampantLion1314@aol.com. The information provided pursuant to the search warrant identified the subscriber of the account as DAVID OSBORN, who resided at an address in New Castle, Delaware. AOL billing information shows Nancy Osborn, subsequently confirmed to be DAVID OSBORN's mother, is listed as the person paying for AOL account access via a credit card.

16. On May 26, 2011, law enforcement agents executed a federal search warrant to the New Castle, Delaware residence that DAVID OSBORN shares with his mother, Nancy Osborn. Both occupants, but no one else, were in the residence when the search began.

17. Law enforcement agents seized a laptop computer that was operating and logged into the AOL account of RampantLion1314 when the agents found the laptop. A forensic preview of the laptop's hard drive revealed approximately 20 images of child pornography found within the AOL profile of RampantLion1314. These images depict prepubescent to teenage females engaged in sexually explicit conduct, including the lascivious exhibition of the genitals, masturbation and oral sex. Below are descriptions of three of these image files:

> Name: sisters4.jpg. Two prepubescent girls. One is lying down on her back with her legs open and knees to her chest, naked from waist down. Another prepubescent girl is performing oral sex on the girl lying down
>
> Name: preteen%20threesome.jpg. Three prepubescent girls all nude. One girl is sitting facing away from the camera and is digitally penetrating another prepubescent girl facing the camera on her knees. The girl on her knees is digitally penetrating another prepubescent girl lying down on the bed facing away from the camera.

Name: 023.jpg. A prepubescent girl naked from the waist down. An adult male's hands are holding her vagina open as she sits on top of what appears to be a woman exposing her vagina.

18. In a separate part of the hard drive, agents found two folders containing approximately 5,000 image files. Approximately 500-1000 of these image files depict prepubescent to teenage females. The females in most of these 500-1000 images are partially to completely nude. In some of these images, the females are posing lasciviously, while in others they are photographed in settings such as at the beach or in a pool.

19. Also seized from the residence were a number of older computers that did not appear to be currently operational, as well as myriad pieces of loose digital media.

20. In an interview with law enforcement agents, DAVID OSBORN admitted that one of his AOL usernames was RampantLion1314, although he claimed that he had not used it since 2006. As noted above, however, OSBORN's laptop was signed onto the RampantLion1314 user account when the agents entered the residence to conduct the search. OSBORN further admitted to using an AOL screen name to access the chat room "Strict Parents," as well as other chat rooms, some of which OSBORN described as sexual fetish-related rooms. Osborn stated the he had a particular fetish for spanking, and also stated that he served as the moderator of a chat room for a period of approximately 4 months. OSBORN further acknowledged chatting online with "BookStoreMomNC."

21. OSBORN also stated that he had seen and other computer users had sent him images of child pornography, which he defined to mean "small children performing some kind of sex act," or words to that effect. He described one image that he received as depicting "an 8-9 year old girl giving a blow job," or words to that effect. As law enforcement agents began to

pose more detailed questions about his involvement with child pornography, DAVID OSBORN invoked his right to counsel, and the interview was terminated.

**CONCLUSION**

22. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that DAVID OSBORN, of New Castle, Delaware, has violated 18 U.S.C. § 2252A, by receiving files depicting child pornography via the Internet.

Respectfully submitted,

SA Jacqueline Dougher, FBI

Sworn and subscribed before me
this 24 day of May 2011

Honorable Mary Pat Thynge
United States Magistrate Judge